# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00703-CR

**Oscar Ismael Martinez, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT NO. B-99-0532-S, HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING

A jury found appellant Oscar Ismael Martinez, Jr., guilty of criminally negligent homicide. *See* Tex. Penal Code Ann. § 19.05 (West 1994). The jury assessed punishment at imprisonment for ten years.

Appellant represents himself on appeal. A reporter's record was not requested and, after appellant was given notice and an opportunity to cure, the appeal was submitted for decision without a reporter's record. *See* Tex. R. App. P. 37.3(c)(1). Appellant did not file a brief or respond to this Court's notices. *See* Tex. R. App. P. 38.8(b)(4). We have examined the record before us and find no fundamental error that should be considered in the interest of justice.

The judgment of conviction is affirmed.

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Affirmed

Filed:   February 15, 2001

Do Not Publish